IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

UNITED STATES OF AMERICA

-vs-                                                                CAUSE NO. A-11-CR-118-SS

ANDREI DANIEL AVRAM

### ORDER

BE IT REMEMBERED on this the 4th day of May 2011, the Court reviewed the United States' Motion to Reset Sentencing [#21] scheduled for May 20, 2011, and after consideration of the same, enters the following orders:

IT IS ORDERED that defendant's motion to reset the sentencing hearing in the above styled cause is GRANTED, and the hearing set for May 20, 2011, is cancelled until further order of the Court.

SIGNED this the 4th day of May 2011.

_____
UNITED STATES DISTRICT JUDGE